IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | 3:97-CR-054-D |
| | ) | |
| **LEVI WOODERTS, JR.** | ) | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendant's July 13, 2006 motion requesting court's discretion to reduce restitution obligation under economic circumstance 18 U.S.C. 3664(K) is denied.

**SO ORDERED**.

January 29, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE